PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Terrance Barksdale     Cr.: 08-00291-001
and 08-00820-001
PACTS #: 51823

Name of Sentencing Judicial Officer:    THE HONORABLE STANLEY R. CHESLER
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/20/2009

Original Offense:    Count One (08-00291): Possession of a Firearm by Prohibited Person;
18 U.S.C. § 922 (g)(1), a Class C Felony
Count One (08-00820): Conspiracy to Distribute Controlled Substance;
21 U.S.C. § 846, a Class C Felony

Original Sentence: Dkt. No. 08-291-001: 120 months imprisonment, 3 years supervised release
Dkt. No. 08-820-001: 151 months imprisonment, 5 years supervised release; all terms to be served concurrently.

Violation of Supervised Release: Heard 02/16/2022. Time served imprisonment, 2 years supervised release

Special Conditions: Location Monitoring, Special Assessment, Fine, Substance Abuse Testing/Treatment, Financial Disclosure, No New Debt/Credit

Type of Supervision: Supervised Release      Date Supervision Commenced: 02/16/2022

## STATUS UPDATE

On December 26, 2022, Mr. Barksdale was the subject of a missing person report filed with the Newark Police Department. On December 27, 2022, Mr. Barksdale was found deceased in his vehicle by Newark police. Our office received the incident report from the Newark Police Department documenting Barksdale as deceased and confirming his passing. Barksdale's term of supervised release was due to expire on February 15, 2024. Our office is recommending the remaining term of supervised release be terminated and Barksdale's case be closed.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Donovan K. Hammond*
By:    DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

Prob 12A – page 2
Terrance Barksdale

APPROVED:

_____   12/29/2022
JOSEPH A. DAGROSSA                                       Date
Assistant Deputy Chief U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐   xxSupervision term to end immediately (as recommended by the Probation Office)

☐   Submit a Request for Modifying the Conditions or Term of Supervision  Submit a Request for

☐   Warrant or Summons

☐   Other

s/Stanley R. Chesler, U. S. D. J.
Signature of Judicial Officer

12/30/2022
Date